UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| DOUGLAS ISAACSON, | ) | **CONSENT/REASSIGNMENT FORM** |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.   3:21-cv-00057-ARS |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) | |
| | ) | |
| Defendant(s). | ) | |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

# Consent ☐                    # Reassignment ☑

Novartis Pharmaceuticals
Corporation

_____                    _____
Party(ies) Represented                         Party(ies) Represented

_/s/_____                    _/s/_ _Andrew L. Reissaus_____
Attorney Signature                             Attorney Signature

                                              July 15, 2022
_____                    _____
Date                                          Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov